Jessica Molligan OSB #
P.O. Box 16893
Portland, Oregon. 97292
Telephone: 503-975-2920
Email: Jessicamolligan@comcast.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

NADIA ROBERTS,
An individual,

    Plaintiff,

  v.

ALLEN 2014, LLC,
A domestic corporation,

    Defendant.

Case No. 3:23-cv-1599

---

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that attorney Jessica Molligan is substituting in as counsel of record on behalf of NADIA ROBERTS, Plaintiff, in place of David Foster.

Dated: June 29, 2024

                        BY: /*s/Jessica Molligan*
                        JESSICA MOLLIGAN
                        Counsel for Plaintiff
                        Oregon State Bar No.: #001823
                        P.O. Box 16893
                        Portland, Oregon. 97292
                        Telephone: 503-975-2920
                        Email: Jessicamolligan@comcast.net

*/s/ David Foster*
DAVID FOSTER
The Law Office Of David S. Foster, PC
Oregon State Bar No.: #033166
3354 SE Raymond Street
Portland, Oregon.  97202
Telephone:   503-927-6440
Email:   dsfoster69@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on June 29, 2024, he caused a true and correct copy of the foregoing document to be filed electronically. Notice of this filing will be sent to and served upon all parties registered on this Court's ECF system by operation of the Court's filing system, pursuant to the Federal Rules of Civil Procedure by Electronic Filing.

*/s/ David Foster*